IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>SANDRA   SAMUELSON,   and JEREMIAH SCHNOOR,<br><br>　　　　　　Defendants. | **4:20CR3128**<br><br>**ORDER** |

A criminal complaint has been filed alleging new allegations necessitating discovery of additional Rule 16 materials. See, U.S. v. Samuelson and Schnoor, 22MJ3233. The government has been ordered to disclose the Rule 16 discovery within 14 days. The defendants need time to review the discovery and prepare for trial. They request a continuance of the trial date to January 2023. The motion to continue is unopposed. Based on the representations of counsel,

　　IT IS ORDERED:

　　1)　　Defendants' oral motion to continue is granted.

　　2)　　As to both defendants, the pretrial motion deadline is December 23, 2022.

　　3)　　As to both defendants, the trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, 100 Centennial Mall North, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on January 23, 2023, or as soon thereafter as the case may be called, for a duration of four (4) trial days. Jury selection will be held at commencement of trial.

　　4)　　The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial, and as to both defendants, the additional time arising as a result of the granting of the motion, the time between today's date and January 23, 2023, shall be deemed excludable time in any

computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 7th day of October, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge