IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:20CR3128** |
| vs. | |
| SANDRA SAMUELSON, | **ORDER** |
| Defendants. | |

Defendant's trial, originally scheduled for January 23, 2023, was cancelled upon notice that Defendant wanted to enter a change of plea. The plea hearing was set for March 7, 2023. The court has now been advised that Defendant is not currently willing to enter a plea of guilty.

The court will set this matter for trial to begin on May 22, 2023. After conferring with counsel and the parties, and with their consent, the time between March 7, 2023 and May 22, 2023 will be excluded time under the Speedy Trial Act because Defendant's decision not to enter a plea of guilty at this time has disrupted the normal scheduling practices of this court, the parties' ability to anticipate the need to prepare for trial, the availability of witnesses, and the parties' trial preparations. Accordingly,

IT IS ORDERED:

1) The trial of this case is set to commence before the Honorable John M. Gerrard, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on May 22, 2023, or as soon thereafter as the case may be called, for a duration of three (3) trial days. Jury selection will be held at commencement of trial.

2)     The government's expert witness disclosures as required under Rule 16 must be served on or before April 21, 2023, with any defense Rule 16 expert disclosures served on or before May 5, 2023, and any rebuttal opinions disclosed on or before May 12, 2023.

3)     The time between March 7, 2023 and May 22, 2023, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act because the parties require additional time to adequately prepare the case for trial, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under the court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 7th day of March, 2023.

> BY THE COURT:
>
> *s/ Cheryl R. Zwart*
> United States Magistrate Judge