IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SANDRA SAMUELSON and<br>JEREMIAH SCHNOOR,<br><br>    Defendants. | 4:20-CR-3128<br><br>FINAL ORDER OF FORFEITURE |

  This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 165). On June 29, 2023, the Court entered a Preliminary Order of Forfeiture (filing 161) pursuant to 21 U.S.C. § 853, based upon defendant Sandra Samuelson's plea of guilty to maintaining a drug-involved premises in violation of 21 U.S.C. § 856, and admission of the forfeiture allegation contained in the indictment. On May 18, 2023, the Court entered a Preliminary Order of Forfeiture (filing 128) pursuant to 21 U.S.C. § 853, based upon defendant Jeremiah Schnoor's plea of guilty to conspiring to distribute methamphetamine and to possess methamphetamine with intent to distribute it in violation of 21 U.S.C. §§ 841 and 846, and admission of the forfeiture allegation contained in the indictment. By way of the preliminary orders of forfeiture, the defendants' interest in $3,878.00 in United States currency was forfeited to the United States. Filing 128; filing 161.

  As directed by the orders, a Notice of Criminal Forfeiture was posted beginning on May 23 and July 6, 2023, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 164) was filed on September 8, 2023. The Court has been

advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 165) is granted.

2. All right, title, and interest in and to the $3,878.00 in United States currency held by any person or entity are forever barred and foreclosed.

3. The property is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property in accordance with law.

Dated this 17th day of January, 2024.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Senior United States District Judge

- 2 -